1:23CV663

My Name is Jose Reyes Hernandez I was a victom to a "Excessive use of force" by a officer Here at the L.E.D.C forsyth County Jail. I have Sent a Letter to the "North Carolina Prisoner Legal Services" I was told to Right you for Helping me file a "Lawsuit" I wold Like all the information on How to file my own "Law suit" and a "Pro se litigation package I feel Like Im Runing out of Time with this "Lawsuit" I Have Put in grievance, Sick calls, and Sent letters to the Cpt, LTs I Really Need Help Im also Looking for a Attorney who can Help me with this matter if you cold Help me I wold be glad and feel a Lil Better to know That I have Somone to Help me with as much as the can thank you Hop to hear from Somone Soon!!

Jose Reyes Hernandez

ID# 2207828

BK# 194700